**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLARENCE A. JACKSON**, <br><br>    Plaintiff, <br><br>    vs. <br><br> **GENENTECH, INC.**, <br><br>    Defendant. | Case No. 4:21-cv-5265-YGR <br><br> **ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** <br><br> Re: Dkt. No. 43 |

Magistrate Judge Corley has reported that this case has settled. (Dkt. No. 43.) Accordingly, it is **ORDERED** that this case is **DISMISSED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: **January 26, 2022**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**