1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
2   JESSICA R. PERRY (STATE BAR NO. 209321)
    jperry@orrick.com
3   CAROLINA GARCIA (STATE BAR NO. 311261)
    cgarcia@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, California  94025
    Telephone:    650-614-7400
6   Facsimile:    650-614-7401

7   Attorneys for Defendant
    GENENTECH, INC.

8

9   SETH W. WIENER (STATE BAR NO. 203747)
    LAW OFFICES OF SETH W. WIENER
10  seth@sethwienerlaw.com
    609 Karina Court
11  San Ramon, CA  94582
    Telephone:    +1 925 487 5607

12
    Attorney for Plaintiff
13  CLARENCE A. JACKSON

14

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19  CLARENCE A. JACKSON,                    Case No. 3:21-CV-5265 YGR

20               Plaintiff,                 **STIPULATION AND [PROPOSED]
                                            ORDER OF DISMISSAL**
21          v.

22  GENENTECH, INC., and DOES 1 through 10,
23  inclusive,                             Date Action Filed:  July 8, 2021

24               Defendant.

25

26

27

28

1    Plaintiff Clarence A. Jackson and Defendant Genentech, Inc. ("the Parties") by and

2  through their attorneys of record hereby stipulate pursuant to Federal Rule of Civil Procedure

3  41(a)(1)(A)(ii) that all matters herein between them have been compromised and settled, and that

4  the above-captioned action should be dismissed, with prejudice, with each party to bear his or its

5  own costs and attorneys' fees.

6  Dated:  February 28, 2022                          LAW OFFICES OF SETH W. WIENER

7

8                                                     By: _____

9                                                          SETH W. WIENER
                                                          Attorney for Plaintiff
10                                                        CLARENCE A. JACKSON

11 Dated: February 28, 2022                           LYNNE C. HERMLE
                                                     JESSICA R. PERRY
12                                                   CAROLINA GARCIA
                                                     Orrick, Herrington & Sutcliffe LLP
13

14

15                                                   By: _____

16                                                        CAROLINA GARCIA
                                                          Attorneys for Defendant
                                                          GENENTECH, INC.

17

18

19    PURSUANT TO STIPULATION under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

20 IT IS SO ORDERED that the entire action is dismissed with prejudice. Plaintiff Clarence A.

21 Jackson and Defendant Genentech, Inc. shall each bear his and its own costs and attorneys' fees.

22

23 Date:  March 1_____, 2022            _____

24                                                   The Honorable Yvonne Gonzalez Rogers
                                                     UNITED STATES DISTRICT COURT JUDGE
25

26

27

28

1

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on February 28, 2022, I caused a true and correct copy of the foregoing to

3   be served via the United States District Court's CM/ECF system, which will provide a copy to all

4   counsel of record registered to receive CM/ECF notifications.

5

6

7                                             By: _____

8                                                  Seth W. Wiener

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28